**Order issued February 4, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-14-000087-CV

———————————

## IN RE PATRICK GRIFFITH, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## ORDER

Relator has filed a petition for writ of habeas corpus and requested temporary relief.[1]

The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b). Accordingly, the Court grants the relator's request for temporary relief. The Sheriff of Brazoria County is hereby

---

[1] The underlying lawsuit is *In the Matter of the Marriage of Angela Griffith and Patrick Griffith*, No. 72063 (300th Dist. Ct., Brazoria County, Tex.).

ordered to discharge relator from custody on relator executing and filing with the Sheriff of Brazoria County a good and sufficient bond, conditioned as required by law, in the amount of $100.00. *See* TEX. R. APP. P. 52.8(b)(3). This order will remain in effect until the case in this Court is finally decided or until further order from this Court.

It is further ordered that the real party in interest shall have until February 25, 2014 to file a response brief, if any, and any relevant portions of the record. *See* TEX. R. APP. P. 52.4, 52.8(b)(1).


Judge's signature: /s/ <u>Justice Evelyn Keyes</u>

Date: February 4, 2014



**THE STATE OF TEXAS**

**COUNTY OF HARRIS**

I, Christopher A. Prine, Clerk of the First Court of Appeals, of the State of Texas, at Houston, do hereby certify that the preceding **2** pages contain a true and correct copy of the Court's **Order** dated February 4, 2014.

In the Cause No. 01-14-00087-CV

In re Patrick Griffith, Appellant

from Brazoria County, and now do file in my office.

> TO CERTIFY WHICH, I hereunto set my hand and affix the Seal of said Court of Appeals, at Houston, this February 4, 2014.
>
> /s/ Christopher A. Prine
> Christopher A. Prine, Clerk of Court
>
> By Cheryl Roberts, Deputy Clerk

